IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-722 |
| | § | |
| ABRAHAM MOSES FISCH | § | |

**O R D E R**

The court heard argument on defendant's Motion to Lift Lis Pendens on August 12, 2013. Based on the record, the law, and the arguments, the court orders as follows:

1. by **September 23, 2013**, the defendant, Abraham Moses Fisch, must accurately file a sworn financial affidavit setting forth his financial information in sufficient detail that the court may accurately evaluate whether there are no assets other than those subject to forfeiture to pay the defendant's legal defense and living expenses;

2. by **September 23, 2013**, the defendant must file a document setting forth the grounds for asserting that the grand jury erred in determining that the restrained assets constitute or are derived from proceeds traceable to the commission of the charged offense.

SIGNED on August 23, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge