IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-722 |
| | § | |
| ABRAHAM MOSES FISCH | § | |
| MONICA BERTMAN | § | |

**O R D E R**

The court issued a memorandum and opinion on October 24, 2013 and the parties presented argument on the scheduling issues. Abraham Fisch orally moved for an eight to twelve month continuance. The court granted the motion in part by granting a six-month continuance. The court found that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | April 21, 2014 |
| Responses are to be filed by: | May 5, 2014 |
| Interim Pretrial conference is set for: | **February 25, 2014 at 9:00 a.m.** |
| Final Pretrial Conference is set for: | **May 16, 2014 at 9:00 a.m.** |
| Jury trial and selection are reset to: | **May 27, 2014 at 9:00 a.m.** |

SIGNED on October 25, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge