IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-722 |
| | § | |
| ABRAHAM MOSES FISCH | § | |
| MONICA BERTMAN | § | |

**O R D E R**

The court held an interim pretrial conference on February 25, 2014. The government advised that it may need a continuance due to another trial setting. The defendants are unopposed to that continuance. The court found that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | April 21, 2014 |
| Responses are to be filed by: | May 5, 2014 |
| Motion Hearing set for: | **April 8, 2014, at 10:30 a.m.** |
| Interim Pretrial conference is set for**:** | **June 4, 2014 at 9:00 a.m.** |
| Final Pretrial Conference is set for: | **July 30, 2014 at 9:00 a.m.** |
| Jury trial and selection are reset to: | **August 4, 2014 at 9:00 a.m.** |

SIGNED on February 25, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge