IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO.: H-11-722 |
| | § | |
| ABRAHAM M. FISCH | § | |

### NOTICE OF INTERLOCUTORY APPEAL

This Notice of Interlocutory Appeal to the Fifth Circuit Court of Appeals is filed by Abraham M. Fisch complaining of the Memorandum Opinion and Order(s) (doc. #105, #110 and #119) entered on October 24, 2012, January 28, 2014, and March 18, 2014 denying Defendant's request for a traceability hearing regarding a pretrial restraint placed on his property.  The Fifth Circuit's jurisdiction is invoked pursuant to 28 U.S.C. 1292(a)(1) and/or pursuant to the Collateral Order doctrine.[1]

Respectfully submitted this the 26th day of March, 2014.

LAW OFFICE OF REGINA BACON CRISWELL
Carriage Place
7803 Bent Briar
San Antonio, Texas  78250
(210) 775-1155 (ofc)
(210)  251-2051 (fax)

BY: *S/ Regina Bacon Criswell*
REGINA BACON CRISWELL
State Bar No. 01496580
*Attorney for Defendant*

### CERTIFICATE OF SERVICE

This is to certify that on the 26th day of March, 2014, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to counsel of record:

Robert Johnson, AUSA

BY: *S/ Regina Bacon Criswell*

---

[1] See Roberts v. U.S., 141 F.3d 1468,1471 (11th Cir. 1998); U.S. v. Geld, 826 F.2d 1175, 1176 (2nd Cir. 1987); U.S. v. Jones, 106 F.3d 641,644 (10th Cir. 1998).