IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-722 |
| | § | |
| ABRAHAM MOSES FISCH | § | |
| MONICA BERTMAN | § | |

**O R D E R**

The court held a motion hearing in this case on April 8, 2014. Defendant Abraham Fisch's motion to stay pending appeal, (Docket Entry No. 121), was denied for the reasons stated on the record. The court resets the following deadlines:

| | |
|---|---|
| Motions are to be filed by: | June 23, 2014 |
| Responses are to be filed by: | July 7, 2014 |
| Exhibit and witness lists to be filed by: | July 14, 2014 |
| Interim Pretrial conference is set for**:** | **June 4, 2014 at 9:00 a.m.** |
| Final Pretrial Conference is set for: | **July 28, 2014 at 10:00 a.m.** |
| Jury trial and selection are reset to: | **August 4, 2014 at 9:00 a.m.** |

SIGNED on April 14, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge