IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § |
| VS. | §   CRIMINAL NO. H-11-722 |
| | § |
| | § |
| ABRAHAM MOSES FISCH | § |

**ORDER LIFTING A BOND CONDITION**

The defendant's motion to lift the bond condition preventing the defendant from having direct or indirect contact with any witnesses in this case is granted, limited to the time that the defendant is representing himself.

SIGNED on April 16, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge