IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL NO. H-11-722 |
| ABRAHAM MOSES FISCH | § | |

## ORDER

On July 24, 2014, the government filed a notice of conflict between Abraham Moses Fisch's counsel and a government witness. (Docket Entry No. 182). On July 27, 2014, Fisch responded to the notice of conflict. A hearing was held on July 28, 2014. (Docket Entry No. 190). The court concluded that an actual conflict existed, held a *Garcia* hearing, and disqualified Fisch's counsel because of an actual conflict and serious potential of conflict that threatened Fisch's right to effective assistance of counsel. (Docket Entry No. 199).

On July 30, 2014, Fisch moved the court to reconsider that ruling. The court orders the government to respond to Fisch's motion for reconsideration by **Friday, August 8, 2014**.

SIGNED on July 31, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge