UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CASE NO. H-11-CR-722 |
| vs. | § | |
| ABRAHAM MOSES FISCH | § | HON. LEE ROSENTHAL |

DEFENDANT ABRAHAM MOSES FISCH'S
<u>NOTICE OF APPEAL</u>

TO THE DISTRICT CLERK FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

DEFENDANT, ABRAHAM MOSES FISCH, through undersigned Counsel hereby gives notice of appeal to the Fifth Circuit Court of Appeals, of the Court's order disqualifying Norman Silverman from serving as Fisch's lawyer in the above styled and referenced case, Docket Entry Number 212, entered on August 8, 2014.

Respectfully Submitted,

_____/S/_____

Norman J. Silverman
917 Franklin St.
Fourth Floor
Houston, Texas 77002
(713) 526-1515
(713) 526-1798 Fax
TB# 00792207
Lawyer for Abraham Fisch

CERTIFICATE OF SERVICE

I certify that the United States of America was served with a true copy of this Notice of Appeal, electronically, contemporaneously with it filing, via the ECF system.

_____/S/_____
Norman Silverman