IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-722 |
| | § | |
| ABRAHAM MOSES FISCH | § | |
| MONICA BERTMAN | § | |

**O R D E R**

The court held a status hearing in this case on September 8, 2014. Defendant Abraham Fisch appeared with new counsel. Counsel advised that based on conflicts and the need to prepare for this case he orally requested a continuance. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

The court resets the following deadlines:

| | |
|---|---|
| Motions are to be filed by: | December 1, 2014 |
| Responses are to be filed by: | December 15 2014 |
| Interim Pretrial conference is set for**:** | **October 24, 2014 at 8:30 a.m.** |
| Second Interim Pretrial Conference is set: | **January 23, 2015 at 8:30 a.m.** |
| Third Interim Pretrial Conference is set for: | **March 6, 2015 at 8:30 a.m.** |
| Final Pretrial Conference is set for: | **April 10, 2015 at 8:30 a.m.** |
| Jury trial and selection are reset to: | **April 20, 2015 at 9:00 a.m.** |

SIGNED on September 12, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge