## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-722-3 |
| | § | |
| MALKAH ALIYAH BERTMAN | § | |

## ORDER

Defendant Malkah Aliyah Bertman's Motion for a two-week continuance of the motions-filing deadline, (Docket Entry No. 240), is granted. The deadline is reset to **December 15, 2014**. The deadline for responding is reset to **December 22, 2014**. Motions to continue the trial setting or to extend deadlines that are necessary to meet that setting will not be granted.

SIGNED on December 3, 2014, at Houston, Texas.

                                    Lee H. Rosenthal
United States District Judge