IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § § | CRIMINAL NO. H-11-722 |
| ABRAHAM MOSES FISCH | | |

## ORDER

On January 16, 2015, the government filed a motion to compel disclosure of the sealed motion filed by Fisch's counsel on January 14, 2015, (Docket Entry No. 250). Fisch must respond to the government's motion to compel by Wednesday, January 21, 2015.

SIGNED on January 19, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge