IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-722 |
| | § | |
| | § | |
| LLOYD GLEN WILLIAMS | § | |

**O R D E R**

Michael Hinton, former counsel to Lloyd Glen Williams, has requested access to the response filed to his affidavit that this court ordered him to file. His request is granted. The clerk will provide a copy of Docket Entry No. 281 to Michael Hinton. The release is restricted to review by Michael Hinton and he may not disseminate it or make it available to others.

SIGNED on March 16, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge