IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-722 |
| | § | |
| | § | |
| LLOYD GLEN WILLIAMS | § | |

**O R D E R**

Counsel for defendant Lloyd Glen Williams has filed several documents relating to his motion to withdraw his plea under seal. The court has instructed counsel that while these pleadings may be filed under seal, they must be served on the government unless counsel seeks and obtains a ruling from the court that there is good cause why they should be filed ex parte. Copies of the filings previously made must be produced to the government, as well as future filings.

SIGNED on March 23, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge