IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § |
| VS. | §   CRIMINAL  NO. H-11-722 |
| | § |
| | § |
| LLOYD GLEN WILLIAMS | § |

**O R D E R**

Lloyd Williams has filed a supplemental motion to withdraw his guilty plea, with supporting materials.  Michael Hinton has complied with the court's order to file an affidavit relevant to the challenge to effective assistance of counsel as making the plea involuntary and uninformed.  No later than Thursday, March 26, the government is to file a response to Williams's filings on ineffective assistance and to any new arguments on other grounds for allowing him to withdraw his plea.  The parties and counsel must appear on Monday**, March 30, at 9:00 a.m.** for a hearing on the remaining issues raised by the motion to withdraw the plea.

SIGNED on March 23, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge