IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| VS. § | CRIMINAL  NO. H-11-722-2 |
| § | |
| § | |
| LLOYD GLEN WILLIAMS § | |

**O R D E R**

Lloyd Williams has filed a motion to reconsider the denial of his motion to withdraw his guilty plea.  The motion to reconsider raises arguments about ineffective assistance that either repeat or repackage what was previously submitted or are without legal or factual merit.  The motion to reconsider is denied.

SIGNED on April 14, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge