IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § | CRIMINAL NO. H-11-722 |
| | § § § | |
| ABRAHAM MOSES FISCH and MONICA BERTMAN | § § | |

## ORDER

To facilitate the deliberations of the jury, the Clerk is ordered to provide a lunch meal for the jury on May 27, 2015. This order is directed to the Financial Section for reimbursement to the Clerk providing the meal.

SIGNED on May 27, 2015 at Houston, Texas.

Lee H. Rosenthal
United States District Judge