IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-11-722-1 |
| | § | |
| ABRAHAM MOSES FISCH | § | |

**O R D E R**

The defendant Abraham Moses Fisch filed a motion for continuance of the sentencing hearing, (Docket Entry No. 415). The government is opposed to extending the deadline but unopposed to moving the date forward by a week. The motion for continuance is GRANTED IN PART. The sentencing hearing is reset to **September 23, 2015 at 10:30 a.m.**

SIGNED on July 31, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge