IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL ACTION NO. H-11-722-1 |
| | § § § | |
| ABRAHAM MOSES FISCH | § | |

**O R D E R**

The defendant, Abraham M. Fisch, has filed a motion to continue his sentencing. (Docket Entry No. 420). The motion is opposed. The motion is denied, although the sentencing is rescheduled to take a religious holiday into account.

The motion does not set out grounds that justify a continuance in a case that has been marked by extensive delays since its filing. The sentencing is still over a month away. The trial calendar of defense counsel is neither so burdensome nor so close to the sentencing date as to require adjustment on that basis.

To accommodate the holiday, the September 23 sentencing date is moved to **September 22, 2015, at 8:30 a.m.**

SIGNED on August 18, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge