IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-11-722-1 |
| | § | |
| ABRAHAM MOSES FISCH | § | |

**O R D E R**

Sentencing for the defendant, Abraham Moses Fisch, is currently set for September 22, 2015. The court's trial docket requires resetting the sentencing hearing. It is reset to **October 27, 2015 at 9:00 a.m.** in Courtroom 11-B.

SIGNED on September 21, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge