IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § |
| VS. | §   CRIMINAL  NO. H-11-722 |
| | § |
| | § |
| ABRAHAM MOSES FISCH | § |
| LLOYD GLEN WILLIAMS | § |

**ORDER**

The defendants each filed a motion to extend the deadline to file objections to the presentence report. (Docket Entry Nos. 434 and 438). The motions are granted. The objections must be filed no later than **October 12, 2015.**

SIGNED on September 28, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge