**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-11-722 |
| | § | |
| | § | |
| ABRAHAM MOSES FISCH | § | |
| LLOYD GLEN WILLIAMS | § | |

**ORDER**

Defendant Abraham Fisch and Lloyd Williams each filed a motion to continue the sentencing and related hearings set for October 27, 2015. (Docket Entry Nos. 453 and 455). The hearings have already been continued at the defendants' requests, over the government's opposition. The court admonished the parties that no further continuances would be granted. The motions are denied and the present hearings will proceed as scheduled.

SIGNED on October 23, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge