United States District Court
Southern District of Texas
**ENTERED**
November 09, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL ACTION NO. H-11-722 |
| | § § | |
| ABRAHAM MOSES FISCH | § | |

## ORDER

Abraham Fisch filed a motion to obtain copies of his former attorney's witness interview notes. (Docket Entry No. 425). These notes are filed under seal and the court has reviewed them *in camera*. They are the former attorney's work product and he opposes their additional production to Fisch. The court's review also discloses that the former attorney has made his case files available to Fisch's current attorney. No further production is ordered.

The motion to obtain, (Docket Entry No. 425), is denied.

SIGNED on November 9, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge