United States District Court
Southern District of Texas
**ENTERED**
October 13, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL ACTION NO. H-11-722 |
| | § § § | |
| ABRAHAM MOSES FISCH | § | |

**ORDER FOR INTERLOCUTORY SALE**

The court grants the United States of America's motion for interlocutory sale (Docket Entry No. 576), as follows:

1. The United States of America, acting by and through its designated agency, shall sell the following real property and improvements in an interlocutory sale under Fed. R. Crim. P. 32.2(b)(7):

    Real property together with all improvements, buildings, structures and appurtenances located at 9202 Wickford Drive, Houston, Texas 77024, and more particularly described as Lot 14 of Bayou Woods, Section 3, an addition in Harris County, Texas, according to the map or plat thereof recorded in Volume 22, Page 54 of the Map Records of Harris County, Texas.

2. The United States has authority to convey clear title to the 9202 Wickford Drive Property without further order of this court.

3. The United States shall take immediate possession of the 9202 Wickford Drive Property and have immediate entry to the 9202 Wickford Drive Property upon entry of this order.

4. The United States shall sell the 9202 Wickford Drive Property in a commercially

reasonable manner and may, in its sole discretion, accept or reject any offer to purchase the property.

5. Defendant Abraham Moses Fisch and Malkah Bertman, record title owners of the 9202 Wickford Drive Property, shall fully cooperate with the United States to effectuate this order, and they shall execute all documents necessary to secure title insurance and convey their right, title, and interest in the 9202 Wickford Drive Property at closing.

6. At closing, the United States shall pay real estate commissions, seller's closing costs, and all other expenses incurred by the United States in connection with the maintenance, repair, insurance, marketing, and sale of the 9202 Wickford Drive Property.

7. The United States shall deposit all other proceeds, including amounts due and owing to: the relevant taxing authorities; Bank of the Ozarks, successor by merger to OmniBank, N.A.; and Malkah Bertman into the registry of the court until further order of this court after the decision on appeal in *United States v. Fisch*, No. 15-20636, United States Court of Appeals for the Fifth Circuit, becomes final.

8. The proceeds from the sale of the 9202 Wickford Drive Property will be the substitute res subject to forfeiture in place of the 9202 Wickford Drive Property.

SIGNED on October 13, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge